```
 1  GREGORY W. KNOPP (SBN 237615)
    JEREMY F. BOLLINGER (SBN 240132)
 2  gknopp@akingump.com
    jbollinger@akingump.com
 3  AKIN GUMP STRAUSS HAUER & FELD LLP
    2029 Century Park East, Suite 2400
 4  Los Angeles, CA 90067
    Telephone:   310-229-1000
 5  Facsimile:   310-229-1001

 6  Attorneys for Defendant
    STARBUCKS CORPORATION
 7

 8  OMID NOSRATI (SBN 216350)
    omid@nosratilaw.com
 9  THE LAW OFFICE OF OMID NOSRATI
    1875 Century Park East, 6th Floor
10  Los Angeles, CA 90067
    Telephone:   310-553-5630
11  Facsimile:   310-553-5691

12  Attorneys for Plaintiff
    JOHN AGUILAR
13
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN AGUILAR, an individual, | Case No. 2:14-cv-07442-RGK-MRW |
| Plaintiffs, | [Assigned for all purposes to Honorable R. Gary Klausner] |
| v. | |
| STARBUCKS CORPORATION, a Washington corporation doing business in California; and DOES 1-25, inclusive, | [~~PROPOSED~~] ORDER RE STIPULATED PROTECTIVE ORDER FOR STANDARD LITIGATION |
| Defendants. | |

1     The Court, having considered the Stipulated Protective Order for Standard
2 Litigation ("Stipulated Protective Order") submitted by Defendant Starbucks
3 Corporation and Plaintiff John Aguilar, and finding good cause shown per Rule
4 26(c)(1), hereby orders as follows:
5     The terms set forth in the Stipulated Protective Order shall be implemented.
6     IT IS SO ORDERED.

Dated: January 29, 2015     Signed: _____

~~Honorable R. Gary Klausner~~
U.S. DISTRICT COURT JUDGE
Michael R. Wilner

[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER FOR STANDARD LITIGATION
Case No. 2:14-cv-07442-RGK-MRW